IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON MILLER,

    Plaintiff

v.

PAULA PRICE, *et al.*,

    Defendants

CIVIL NO. 3:CV-14-0301

(Judge Caputo)

**O R D E R**

**AND NOW**, this **4th** day of **AUGUST , 2017**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Maxwell and Owens' motion to dismiss (ECF No. 49) is **DENIED**.

2. Defendant PAC McConnell's motion to dismiss (ECF No. 57) is **DENIED**.

3. Defendants shall file an Answer to the Amended Complaint within twenty-one (21) days of this Order

                              **/s/ A. Richard Caputo**
                              **A. RICHARD CAPUTO**
                              **United States District Judge**