# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON MILLER, | |
| Plaintiff, | NO. 3:14-CV-0301 |
| v. | (JUDGE CAPUTO) |
| PAULA PRICE, *et al.*, | |
| Defendants. | |

## **ORDER**

**NOW**, this 17th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 65) filed by Defendant Mark McConnell is **GRANTED**.

(2) Judgment is **ENTERED** in favor of Defendant Mark McConnell and against Plaintiff Jason Miller on the remaining Eighth Amendment deliberate indifference claim.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                       A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge